IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OJSC TNK-BP HOLDING                                                                PLAINTIFF

VS.                           NO.      4:12-CV-512   JMM

ROYCHAMP TRADING LLC,
An Arkansas Limited Liability Company                                              DEFENDANT

## AFFIDAVIT OF SERVICE

I, Phillip M. Brick, Jr., state under oath that I am an attorney for OJSC TNK-BP Holding, the Plaintiff herein, and that I served a copy of the SUMMONS, NOTICE, COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN FREEZING INJUNCTION, MOTION TO RECOGNIZE AND ENFORCE FOREIGN FREEZING INJUNCTION, AND BRIEF IN SUPPORT OF MOTION TO RECOGNIZE AND ENFORCE FOREIGN FREEZING INJUNCTION in this matter on Roychamp Trading LLC, an Arkansas Limited Liability Company, c/o G. Robert Hardin, Agent for Service, by personal service through a process server, at 500 Main St., Suite A, North Little Rock, Arkansas. On August 16, 2012, service was completed by delivering the foregoing documents by process server to Roychamp Trading LLC, an Arkansas Limited Liability Company, c/o G. Robert Hardin, Agent for Service, as evidenced by the Affidavit of Service of Malcolm Cook, Process Server, which is affixed to this Affidavit as Exhibit "A." On August 16, 2012, service was also completed by receipt of the foregoing documents by certified U.S. mail, restricted delivery, return-receipt requested to Roychamp Trading LLC, an Arkansas Limited Liability Company, c/o G. Robert Hardin, Agent for Service, as evidenced by the return receipt which is affixed to this Affidavit as Exhibit "B."

FURTHER, AFFIANT SAYETH NOT.

Date: August 20, 2012.

                                             _____
                                             Phillip M. Brick, Jr., Ark. Bar No. #2009116
                                             Attorney for OJSC TNK-BP Holding

STATE OF ARKANSAS   )
                                             ) ss.
COUNTY OF PULASKI   )

        SUBSCRIBED AND SWORN to before me, a Notary Public, on this 20th day of August, 2012.

                                             _____
                                             Notary Public

My Commission Expires:

7-19-2019

## CERTIFICATE OF SERVICE

I, Phillip M. Brick, Jr., hereby certify that a copy of the foregoing pleading has been mailed to the following on this 20th day of August, 2012:

Mr. G. Robert Hardin
As Registered Agent of Service for
Roychamp Trading LLC
Hardin & Grace P.A.
500 Main Street, Suite "A"
North Little Rock, Arkansas  72114

_____
Phillip M. Brick, Jr.