# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of ARKANSAS

Case Number: 4:12-CV-512 JMM

Plaintiff:
**OJSC TNK-BP HOLDING**
vs.
Defendant:
**ROYCHAMP TRADING LLC, An Arkansas Limited Liability Company**

For: Mr. Kevin Crass
FRIDAY, ELDREDGE & CLARK

Received by MYERS ATTORNEY'S SERVICE on the 15th day of August, 2012 at 4:23 pm to be served on Roychamp Trading LLC c/o G. Robert Hardin, Agent for Service, 500 Main, Ste A, North Little Rock, AR. I, __Malcolm Crook__, being duly sworn, depose and say that on the __16__ day of __August__, 20__12__ at __8:50__ a.m., executed service by delivering a true copy of the **Summons, Notice, Complaint to Recognize/Enforce Foreign Freezing Injuction, Motion and Brief in Support of Motion to Recognize/Enforce Foreign Freezing Injunction, Letter** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(X) CORPORATE SERVICE: By Serving __G Robert Hardin__ as __Agent for Service__.

( ) OTHER SERVICE: See Comments Below:

( ) NON SERVICE: See Comments Below:

Service Was Completed At: __500 Main Street, Ste A, North Little Rock, AR__

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Youree Crook_
NOTARY PUBLIC
Youree Crook
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 03/21/2015

_Malcolm Crook_
PROCESS SERVER # __39__
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
300 Spring Building
300 Spring Street, Suite 400
Little Rock, AR 72201
(501) 376-6266
Our Job Serial Number: 2012006947

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m


EXHIBIT A