| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *MSBec..L*   ☑ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  MSBearden<br>C. Date of Delivery  8-16-12 |
| 1. Article Addressed to:<br><br>Mr. G. Robert Hardin<br>As Registered Agent of Service for<br>Roychamp Trading LLC<br>Hardin & Grace P.A.<br>500 Main Street, Suite "A"<br>North Little Rock, Arkansas 72114 | D. Is delivery address different from item 1? ☐ Yes ☑ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☑ Yes |
| 2. Article Number *(Transfer from service label)* | 7010 1870 0001 0655 7754 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

