AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of

**Western Division**

|  |  |  |
|---|---|---|
| *Plaintiff* |  |  |
| v. | ) | Case No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____    **72212**
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

CERTIFICATE OF SERVICE

/s/ _____
Name:
Bar Number:
Attorney for:
Law Firm Name:                                         **P.A.**
Law Firm Address:
City State ZIP:
Phone Number:
Email Address: