IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OJSC TNK-BP HOLDING                                              PLAINTIFF

vs.                          CASE NO. 4:12-CV-512 KGB

ROYCHAMP TRADING LLC, an                                         DEFENDANT
ARKANSAS LIMITED LIABILITY COMPANY

AGREED ORDER

This Court is advised the parties have agreed to the following temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure according to the terms and qualifications set forth below. The Court accepts the parties' agreement as the order of this Court as more particularly set forth below.

I. Defined Terms

1. The "English Proceeding" shall mean that case pending in the High Court of Justice, Chancery Division Claim No. HC12BO3162 in London, England.

2. The "Freezing Injunction" shall mean the August 14, 2012 *ex parte* freezing injunction entered in the English Proceeding attached as Exhibit "E" to Plaintiff's Motion to Recognize and Enforce Foreign Freezing Injunction.

3. The "Specified Date" shall mean a date 14 days after final resolution of the issues which are the subject of the Freezing Injunction to be determined at the hearing in the English Proceeding scheduled for the first available date on or after September 24, 2012.

271658

II. <u>Agreed Terms</u>

1. The Defendant, Roychamp Trading, LLC ("Roychamp") shall not, by itself or by its directors, officers, partners, employees or agents or in any other way, before the Specified Date, dispose of, deal with or diminish the value of any of its assets, whether or not those assets are located in the State of Arkansas.

2. This Agreed Order Shall not constitute a waiver of any of Roychamp's defenses to this action including by way of illustration, but not limited to, lack of jurisdiction, forum *non conveniens,* no requirement of comity for a provisional remedy not on the merits, failure to state facts upon which relief may be granted, lack of due process, or any other equitable or legal defense.

IT IS SO ORDERED.

_Kristine M. Baker_
Hon. Kris Baker
U.S. District Court Judge

Date: Sept. 13, 2012

271658                                2

APPROVED AS TO FORM AND SUBSTANCE:

ROSE LAW FIRM
A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
(501) 375-9131
rdonovan@roselawfirm.com

By: _____
Richard T. Donovan, ABA No. 83054
Attorney for Defendant


Friday Eldredge & Clark LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3522
(501) 376-2011
crass@fridayfirm.com

By: _____
Kevin Crass, ABA No. 84029
Attorney for Plaintiff

271658                                   3